IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MOHAMMAD KHANAKSIAHTAN    §
A# 246793965,    §
       Petitioner,    §
   §
v.    §      No. 3:26-CV-1927-X-BW
   §
JIMMY JOHNSON, Warden,    §
Prairieland Detention Center, et al.,    §
       Respondents    §      Referred to U.S. Magistrate Judge[1]

## ORDER ON LOCAL COUNSEL

Attorney Jacob Charles Childers filed a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241 on behalf of Petitioner Mohammad Khanaksiahtan.

(*See* Dkt. No. 1.)  Childers lists an office address in Beaverton, Oregon.

Northern District of Texas Local Civil Rule 83.10(a) requires the appearance

of local counsel in any case in which "an attorney appearing in a case does not reside

or maintain the attorney's principal office in" the Northern District of Texas—even

where an attorney resides or maintains the attorney's principal office outside of this

district but within 50 miles of the courthouse in the division in which the case is

pending.

"Local counsel" means an attorney who (1) is a member of the bar of (that is,

admitted to practice in) the Northern District of Texas, (2) resides or maintains the

---

[1] By Special Order No. 3-251, this habeas case has been automatically referred for full case management.

-1-

attorney's principal office in the Northern District of Texas, and (3) has a residence or principal office that is located within 50 miles of the courthouse in the division in which the case is pending.  Attorneys who are subject to N.D. Tex. L. Civ. R. 83.10(a) and wish to proceed without local counsel must obtain leave of court by filing a motion for leave to proceed without local counsel.

Petitioner must, **within 21 days of this order**, file one of the following: (1) a response to this order demonstrating why counsel is not subject to or is exempt from Local Civil Rule 83.10(a)'s requirements or pointing out how and when local counsel has previously been designated; (2) a motion to proceed without local counsel under Local Civil Rule 83.10(a); or (3) a designation of, and an entry of appearance by, local counsel satisfying Local Civil Rule 83.10(a).

**SO ORDERED** on July 2, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE